# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-53838 MBM  
**Case Name:** REED, GREGORY JAMES  

**Trustee:** (420030) Kenneth A. Nathan  
**Filed (f) or Converted (c):** 08/28/14 (f)  
**§341(a) Meeting Date:** 09/24/14  

**Period Ending:** 09/30/14  
**Claims Bar Date:**

| 1 Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House, 2460 Burns Ave, Detroit, Michigan | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | Time Share Unit, Harbor Springs, Michigan 49740 (u) Not originally scheduled; added to Schedules per amendment filed 9/21/14 | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | Misc cash in debtor's person | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Misc checking | 300.00 | 0.00 | | 0.00 | FA |
| 5 | Misc goods, LR 5pc, DR 5pc, BR 3pc, Rge, Refr, T | 2,000.00 | 0.00 | | 0.00 | FA |
| 6 | Misc man's coats, shoes, jackets | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Watch | 100.00 | 0.00 | | 0.00 | FA |
| 8 | Social Security | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Social security benefits in the Receiver David M (u) Not originally scheduled; added to Schedules per amendment filed 9/29/14 | 3,860.00 | 0.00 | | 0.00 | FA |
| 10 | Other non-exempt assets (u) | 0.00 | 5,000.00 | | 0.00 | 5,000.00 |
| **10** | **Assets Totals** (Excluding unknown values) | **$214,310.00** | **$5,000.00** | | **$0.00** | **$5,000.00** |

**Major Activities Affecting Case Closing:**

9/30/14 Trustee is in the process of hiring special counsel to pursue non-exempt assets of Debtor

**Initial Projected Date Of Final Report (TFR):** March 31, 2015  
**Current Projected Date Of Final Report (TFR):** March 31, 2015

October 26, 2014  
Date

/s/ Kenneth A. Nathan  
Kenneth A. Nathan