# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-53838 MBM  
**Case Name:** REED, GREGORY JAMES  

**Period Ending:** 09/30/17

**Trustee:** (420030) Kenneth A. Nathan  
**Filed (f) or Converted (c):** 08/28/14 (f)  
**§341(a) Meeting Date:** 09/24/14  
**Claims Bar Date:** 01/28/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | House, 2460 Burns Ave, Detroit, Michigan<br>Originally scheduled at a value of $200,000.00; amended to value of $260,000.00 per amendment filed 3/28/15 | 260,000.00 | 373,000.00 | | 95,000.00 | FA |
| 2 | Time Share Unit, Harbor Springs, Michigan 49740 (u)<br>Not originally scheduled; added to Schedules at a value of $5,000.00 per amendment filed 9/21/14<br><br>*Removed from schedules per amendment filed 3/28/15 | 0.00 | 73,000.00 | | 73,000.00 | FA |
| 3 | Misc cash in debtor's person | 50.00 | 0.00 | | 0.00 | FA |
| 4 | Checking Account: First Independence Bank Accou<br>Originally scheduled as "Misc. checking" at a value of $300.00; amended to Checking Account: First Independence Bank Account ending 9895 at a value of $50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Misc goods, LR 5pc, DR 5pc, BR 3pc, Rge, Refr, T<br>Originally scheduled at a value of $2,000.00; amended to a value of $1,000.00 per amendment filed 3/28/15 | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Clothing<br>Originally scheduled as "Misc. man's coats, shoes, jackets"; amended to "Clothing" on 3/28/15 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Watch, Ring<br>Originally scheduled as "Watch" at a value of $100.00; amended to "Watch, Ring" at a value of $250.00 per amendment filed 3/28/15 | 250.00 | 0.00 | | 0.00 | FA |
| 8 | Social Security | 2,000.00 | 0.00 | | 0.00 | FA |
| 9 | Social security benefits in the Receiver David M (u)<br>Not originally scheduled; added to Schedules at a value of $3,860.00 per amendment filed 9/29/14<br><br>Amended to value of $7,930.00 per amendment filed 3/28/15 | 7,930.00 | 0.00 | | 0.00 | FA |
| 10 | Other non-exempt assets (u) | 0.00 | 5,000.00 | | 1,162.80 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-53838 MBM  
**Case Name:** REED, GREGORY JAMES  

**Period Ending:** 09/30/17

**Trustee:** (420030)  Kenneth A. Nathan  
**Filed (f) or Converted (c):** 08/28/14 (f)  
**§341(a) Meeting Date:** 09/24/14  
**Claims Bar Date:** 01/28/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Security Deposit for Utilities - DTE  (u)<br>   Not originally scheduled; added to Schedules per amendment filed 3/28/15 | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Books, VHS Tapes, DVDs, CDs, Records  (u)<br>   Not originally scheduled; added to Schedules per amendment filed 3.28.15 | 450.00 | 0.00 | | 0.00 | FA |
| 13 | Old Rifle  (u)<br>   Not originally scheduled; added to Schedules per amendment filed 3/28/15 | 20.00 | 0.00 | | 0.00 | FA |
| 14 | Gregory J Reed and Associates, PC - Bank Account (u)<br>   Not originally scheduled; added to Schedules per amendment filed 3/28/15 | 1,182.00 | 0.00 | | 0.00 | FA |
| 15 | Adversary Proceeding  (u) | 0.00 | 5,000.00 | | 51,200.00 | 5,000.00 |
| 16 | Counter Claim against Varladia T. Blount.  (u)<br>   Re: Excessive payments regarding Springfield property and slander against title at the Burns property, false claim fraud.<br>Not originally scheduled.  Added to Schedules per amendment filed 3/10/16. | Unknown | 0.00 | | 0.00 | FA |
| 17 | 1201-1209 Bagley Street, Detroit, MI  (u) | 1,060,000.00 | 1,060,000.00 | | 1,060,000.00 | FA |
| 18 | Property Taxes Hideaway Property  (u) | 0.00 | 18.75 | | 18.75 | FA |
| 19 | Property Taxes Bagley Property  (u) | 0.00 | 1,240.31 | | 1,240.31 | FA |
| 20 | Collectibles  (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 20 | **Assets**    Totals (Excluding unknown values) | **$1,334,132.00** | **$1,517,259.06** | | **$1,281,621.86** | **$5,000.00** |

**Major Activities Affecting Case Closing:**

   9/30/17 Ongoing litigation and recovery of assets; personal property is being inventoried for auction

   6/30/17 Continued litigation and recovery of assets

   3/31/17 Ongoing plethora of litigation and recovery of assets

   12/31/16 Ongoing litigation

   9/30/16 Continued administration of assets; liquidating assets; appeal issues

   3/31/16 Ongoing proceedings regarding sale of property

Printed: 10/27/2017 04:56 PM  V.13.30

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-53838 MBM

**Case Name:** REED, GREGORY JAMES

**Period Ending:** 09/30/17

**Trustee:** (420030) Kenneth A. Nathan

**Filed (f) or Converted (c):** 08/28/14 (f)

**§341(a) Meeting Date:** 09/24/14

**Claims Bar Date:** 01/28/15

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description**<br>(Scheduled And Unscheduled (u) Property)<br><br>**Ref. #** | **Petition/ Unscheduled Values** | **Estimated Net Value**<br>(Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

3/15/16 Claim of Verladia Blount allowed

3/14/16 Motion to Sell 2450 Burns, Detroit, MI

2/23/16 Employed auctioneer and broker for inventory, appraisal and liquidation of personal property of Estate

2/23/16 Real estate broker employed to sell Harbor Springs, MI property for the Estate

2/16/16 Order Granting Compromise Settlement - Trustee to sell Harbor Springs, MI property as property of the Estate

12/31/15 Ongoing proceedings regarding sale of Debtor's Residence

10/28/15 Motion to Compel Abandonment of Debtor's Residence

10/10/15 Motion for Temporary Restraining Order and Authorizing Trustee to enter Debtor's Residence

10/8/15 Debtor's discharge denied

9/30/15 Pursuing recovery of non-exempt assets and Chapter 5 recoveries

6/30/15 Adversary proceeding pending

6/15/15 Hired Broker

3/31/15 Pending adversary proceeding

10/30/14 Filed Notice of Assets

9/30/14 Trustee is in the process of hiring special counsel to pursue non-exempt assets of Debtor

**Initial Projected Date Of Final Report (TFR):**     March 31, 2015

**Current Projected Date Of Final Report (TFR):**     December 31, 2018

_____
October 27, 2017
Date

/s/ Kenneth A. Nathan
_____
Kenneth A. Nathan

Printed: 10/27/2017 04:56 PM   V.13.30

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** 14-53838 MBM | | | | **Trustee:** Kenneth A. Nathan (420030) | | |
| **Case Name:** REED, GREGORY JAMES | | | | **Bank Name:** Rabobank, N.A. | | |
| | | | | **Account:** ******1766 - Checking Account | | |
| **Taxpayer ID #:** **-***1281 | | | | **Blanket Bond:** $2,000,000.00 (per case limit) | | |
| **Period Ending:** 09/30/17 | | | | **Separate Bond:** N/A | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/30/14 | {10} | The Findling Law Firm PLC | Liquidation of bank account of Debtor by former Receiver | 1229-000 | 1,162.80 | | 1,162.80 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,152.80 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,142.80 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,132.80 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,122.80 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,112.80 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,102.80 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,092.80 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,082.80 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,072.80 |
| 08/03/15 | {15} | First Independence Bank | Turnover of Keeper of the Word Foundation bank account funds p/o 7/22/15 | 1229-000 | 51,200.00 | | 52,272.80 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 62.86 | 52,209.94 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 80.10 | 52,129.84 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 74.97 | 52,054.87 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 72.37 | 51,982.50 |
| 12/21/15 | 101 | INSURANCE PARTNERS AGENCY, INC. | Invoice 222018/Trustee Bond | 2300-000 | | 48.24 | 51,934.26 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 82.25 | 51,852.01 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.90 | 51,780.11 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.79 | 51,708.32 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 81.59 | 51,626.73 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.58 | 51,555.15 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 71.48 | 51,483.67 |
| 06/07/16 | {1} | Goldstein, Bershad & Fried, P.C. | Payment on compromise settlement p/o 6/2/16 | 1110-000 | 95,000.00 | | 146,483.67 |
| 06/20/16 | 102 | Jan Dijkers | Broker's fee p/o 6/2/16 | 3510-000 | | 11,208.00 | 135,275.67 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.42 | 135,098.25 |
| 07/06/16 | 103 | Nathan Law, PLC | First Interim Fees for Attorney for the Trustee p/o 7/6/16 | 3110-000 | | 40,885.00 | 94,213.25 |
| 07/06/16 | 104 | Nathan Law, PLC | First Interim Expenses for Attorney for the Trustee p/o 7/6/16 | 3120-000 | | 303.08 | 93,910.17 |
| 07/18/16 | | American Title Agency, LLC | Proceeds from sale of Hideaway property p/o 6/14/16 | | 39,327.50 | | 133,237.67 |
| | {2} | Brian Chermside | Proceeds from sale of Hideaway property p/o 6/14/16    73,000.00 | 1210-000 | m | | 133,237.67 |

| | | | Subtotals : | $186,690.30 | $53,452.63 | |
|---|---|---|---|---|---|---|

{} Asset reference(s)

m-Memo

14-53838-mbm   Doc 871   Filed 10/27/17   Entered 10/27/17 21:08:53   Page 4 of 8

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 14-53838 MBM | **Trustee:** Kenneth A. Nathan (420030) |
| **Case Name:** REED, GREGORY JAMES | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******1766 - Checking Account |
| **Taxpayer ID #:** **-***1281 | **Blanket Bond:** $2,000,000.00 (per case limit) |
| **Period Ending:** 09/30/17 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| | {18} | Emmet County Tax Collector | County tax credit | 18.75 | 1290-000 | m | | 133,237.67 |
| | | Graham Real Estate & Kidd & Leavy | Broker's commission ($73,000.00 x .06 = $4,380) p/o 6/14/16 [Split between Graham Real Estate and Kidd & Leavy] | -4,380.00 | 3510-000 | m | | 133,237.67 |
| | | American Title Agency, LLC | Settlement or Closing Fee | -175.00 | 2500-000 | m | | 133,237.67 |
| | | American Title Agency, LLC | UPS Funds to Trustee rather than wire transfer as noted | -30.00 | 2500-000 | m | | 133,237.67 |
| | | American Title Agency, LLC | UPS Trott & Trott | -15.00 | 2500-000 | m | | 133,237.67 |
| | | First American Title Insurance Company | Title Insurance | -603.85 | 2500-000 | m | | 133,237.67 |
| | | Emmet County Register of Deeds | City/County Tax/Stamps | -80.30 | 2820-000 | m | | 133,237.67 |
| | | Emmet County Register of Deeds | State Tax/Stamps | -547.50 | 2820-000 | m | | 133,237.67 |
| | | Emmet County Register of Deeds | Record Bankruptcy Order | -20.00 | 2500-000 | m | | 133,237.67 |
| | | Emmet County Register of Deeds | Quit Claim Deed from HVPOA | -14.00 | 2500-000 | m | | 133,237.67 |
| | | Wells Fargo Bank, NA | Payoff First Mortgage | -14,494.69 | 4110-000 | m | | 133,237.67 |
| | | Hideaway Valley Condominium Association | Association Dues p/o 6/14/16 and limited to amount of dues p/o 5/19/16 | -12,500.00 | 4110-000 | m | | 133,237.67 |
| | | Little Traverse Township Treasuer | 2016 Summer Taxes | -830.91 | 2820-000 | m | | 133,237.67 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 162.80 | 133,074.87 |
| 08/11/16 | 105 | David Findling | State Court Appointed Receiver Fees p/o 8/10/16 | | 3991-000 | | 45,942.00 | 87,132.87 |
| 08/11/16 | 106 | David Findling | State Court Appointed Receiver Expenses p/o 8/10/16 | | 3992-000 | | 931.40 | 86,201.47 |
| 08/15/16 | 107 | Guernsey's | Appraiser's fees p/o 8/11/16 | | 3711-000 | | 750.00 | 85,451.47 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 176.10 | 85,275.37 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 122.31 | 85,153.06 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 118.07 | 85,034.99 |
| 11/30/16 | 108 | INSURANCE PARTNERS AGENCY, INC. | Bond 11/01/16 - 10/31/17 | | 2300-000 | | 27.52 | 85,007.47 |

| | | Subtotals : | $0.00 | $48,230.20 | |
|---|---|---|---|---|---|

14-53838-mbm   Doc 871   Filed 10/27/17   Entered 10/27/17 21:08:53   Page 5 of 8

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-53838 MBM
**Case Name:** REED, GREGORY JAMES

**Taxpayer ID #:** **-***1281
**Period Ending:** 09/30/17

**Trustee:** Kenneth A. Nathan (420030)
**Bank Name:** Rabobank, N.A.
**Account:** ******1766 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 130.11 | 84,877.36 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 121.75 | 84,755.61 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 130.01 | 84,625.60 |
| 02/06/17 | | First American Title Company | 50% of net sale proceeds from sale of 1201-1209 Bagley, Detroit, MI p/o 11/8/16 | | | 491,129.08 | | 575,754.68 |
| | {17} | Byzantine Holdings, LLC | Proceeds from sale of home p/o 11/8/16 | 1,060,000.00 | 1210-000 | m | | 575,754.68 |
| | {19} | City of Detroit | City/Town taxes 1/20/17 to 7/1/17 | 972.33 | 1290-000 | m | | 575,754.68 |
| | {19} | County of Wayne | County taxes 1/20/17 to 12/1/17 | 267.98 | 1290-000 | m | | 575,754.68 |
| | | GM Property Management Co. | 50% of Real estate commission p/o 8/17/16 (split with Dwellings Unlimited, LLC) | -26,500.00 | 3510-000 | m | | 575,754.68 |
| | | Dwellings Unlimited, LLC | 50% of Real estate commission p/o 8/17/16 (Split with GM Property Management Co.) | -26,500.00 | 3510-000 | m | | 575,754.68 |
| | | First American Title | Title Work Fee | -400.00 | 2500-000 | m | | 575,754.68 |
| | | First American Title | Closing fee | -350.00 | 2500-000 | m | | 575,754.68 |
| | | First American Title | Policy-Standard ALTA 2006 Owner's | -2,060.00 | 2500-000 | m | | 575,754.68 |
| | | Wayne County Register of Deeds | Record Discharge of Lis Pendens | -21.00 | 2500-000 | m | | 575,754.68 |
| | | Wayne County Register of Deeds | Record Discharge of Receiver's Claim of Interest | -21.00 | 2500-000 | m | | 575,754.68 |
| | | Wayne County Register of Deeds | Record Court Order approving the sale | -21.00 | 2500-000 | m | | 575,754.68 |
| | | Wayne County Register of Deeds | Record Quit Claim Deed from Charles Brown | -15.00 | 2500-000 | m | | 575,754.68 |
| | | State of MI | Transfer Tax - State | -7,950.00 | 2820-000 | m | | 575,754.68 |
| | | Wayne County | Transfer Tax - County | -1,166.00 | 2820-000 | m | | 575,754.68 |
| | | City of Detroit | Outstanding water bill | -1,935.38 | 2500-000 | m | | 575,754.68 |
| | | Charles H. Brown, Trustee of the Charles H. Brown Trust | 1/2 of net sale proceeds p/o 11/8/16 | -491,129.08 | 4110-002 | n | | 575,754.68 |
| | | City of Detroit Treasurer | 2016 Summer taxes | -2,418.59 | 4700-000 | m | | 575,754.68 |

| | | Subtotals : | | | $491,129.08 | $381.87 | |

{} Asset reference(s)    n-Other non comp.    m-Memo

Printed: 10/27/2017 04:56 PM    V.13.30

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-53838 MBM
**Case Name:** REED, GREGORY JAMES

**Taxpayer ID #:** **-***1281
**Period Ending:** 09/30/17

**Trustee:** Kenneth A. Nathan (420030)
**Bank Name:** Rabobank, N.A.
**Account:** ******1766 - Checking Account
**Blanket Bond:** $2,000,000.00 (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| | | City of Detroit Treasurer | 2016 Winter taxes | -2,608.36 | 4700-000 | m | | 575,754.68 |
| | | Wayne County Treasurer | 2015 Delinquent taxes | -2,000.82 | 4700-000 | m | | 575,754.68 |
| | | Wayne County Register of Deeds | Record Quit Claim Deed from Trustee of Gregory Reed Bankruptcy Estate | -15.00 | 2500-000 | m | | 575,754.68 |
| | | First American Title | Water Escrow | -5,000.00 | 2500-000 | m | | 575,754.68 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 608.09 | 575,146.59 |
| 03/15/17 | 109 | Kenneth A. Nathan, Trustee | Interim fees p/o 3/15/17 | | 2100-000 | | 17,736.91 | 557,409.68 |
| 03/15/17 | 110 | Nathan Law, PLC | Second Interim Fees p/o 3/15/17 | | 3110-000 | | 27,440.00 | 529,969.68 |
| 03/15/17 | 111 | Nathan Law, PLC | Second Interim Expenses p/o 3/15/17 | | 3120-000 | | 144.20 | 529,825.48 |
| 03/28/17 | | First American Title Insurance Company | Refund of water escrow 1201-1209 Bagley Street, Detroit, MI | | 2500-000 | | v -2,374.01 | 532,199.49 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 824.64 | 531,374.85 |
| 04/04/17 | 112 | VERLADIA BLOUNT | P/o 4/4/17 Voided on 04/04/17 | | 5100-000 | | 75,000.00 | 456,374.85 |
| 04/04/17 | 112 | VERLADIA BLOUNT | P/o 4/4/17 Voided: check issued on 04/04/17 | | 5100-000 | | -75,000.00 | 531,374.85 |
| 04/04/17 | 113 | VERLADIA BLOUNT | P/o 4/4/17 | | 5100-000 | | 75,000.00 | 456,374.85 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 698.96 | 455,675.89 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 720.96 | 454,954.93 |
| 06/06/17 | 114 | Midwest Moving & Storage Co., Inc. | Fees and April, 2017 storage p/o 6/1/17 | | 3991-000 | | 2,732.45 | 452,222.48 |
| 06/06/17 | 115 | Midwest Moving & Storage Co., Inc. | Expenses p/o 6/1/17 | | 3992-000 | | 444.05 | 451,778.43 |
| 06/06/17 | 116 | Midwest Moving & Storage Co., Inc. | May, 2017 storage fees p/o 6/1/17 | | 3991-000 | | 276.50 | 451,501.93 |
| 06/06/17 | 117 | Midwest Moving & Storage Co., Inc. | June, 2017 storage fees p/o 6/1/17 | | 3991-000 | | 276.50 | 451,225.43 |
| 06/20/17 | 118 | The Findling Law Firm, PLC | Special Counsel Fees p/o 6/20/17 | | 3210-600 | | 237,542.75 | 213,682.68 |
| 06/20/17 | 119 | The Findling Law Firm, PLC | Special Counsel Expenses p/o 6/20/17 | | 3220-610 | | 2,282.86 | 211,399.82 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 558.64 | 210,841.18 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 293.15 | 210,548.03 |
| 08/04/17 | 120 | Kenneth A. Nathan, Trustee | Trustee's fees p/o 8/4/17 Voided on 08/04/17 | | 2100-000 | | 1,461.38 | 209,086.65 |
| 08/04/17 | 120 | Kenneth A. Nathan, Trustee | Trustee's fees p/o 8/4/17 Voided: check issued on 08/04/17 | | 2100-000 | | -1,461.38 | 210,548.03 |
| 08/04/17 | 121 | Kenneth A. Nathan, Trustee | Trustee's fees p/o 8/4/17 | | 2100-000 | | 14,614.38 | 195,933.65 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 316.33 | 195,617.32 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 271.98 | 195,345.34 |

Subtotals : $0.00  $380,409.34

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 14-53838 MBM

**Case Name:** REED, GREGORY JAMES

**Taxpayer ID #:** \*\*-\*\*\*1281

**Period Ending:** 09/30/17

**Trustee:** Kenneth A. Nathan (420030)

**Bank Name:** Rabobank, N.A.

**Account:** \*\*\*\*\*\*1766 - Checking Account

**Blanket Bond:** $2,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 677,819.38 | 482,474.04 | $195,345.34 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 677,819.38 | 482,474.04 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$677,819.38** | **$482,474.04** | |

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # \*\*\*\*\*\*1766** | 677,819.38 | 482,474.04 | 195,345.34 |
| | **$677,819.38** | **$482,474.04** | **$195,345.34** |

October 27, 2017
_____
Date

/s/ Kenneth A. Nathan
_____
Kenneth A. Nathan