UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

**GREGORY JAMES REED,**

          Debtor.
_____/

Case No. 14-53838-MBM
Chapter 7
Hon. Marci B. McIvor

## TRUSTEE'S REPORT OF SALE

**NOW COMES** Kenneth A. Nathan, Trustee, by and through his attorneys, Nathan Law, PLC, and states:

1. On September 12, 2019 this Court entered an Order Granting Trustee's Application to Employ R.J. Montgomery & Associates, Inc. Auctioneer [Docket 969] to auction various assets.

2. On October 23, 2019 the Trustee filed a Motion for Order Approving Sale Procedures for Auction Sale of Remaining Items Left From Prior Auction and Miscellaneous Furniture, Office Equipment, Artwork and LP's; and for Authority to Abandon or Donate All Items Not Sold (the "Motion") [Docket 970].

3. The Court granted the Motion by Order entered December 3, 2019 [Docket 980].

4. The auction closed on November 19, 2019 and the Trustee received a total of $6,231.34 in gross sale proceeds and $934.70 in buyer's premiums, totaling $7,166.04. See Auctioneer's Report attached.

5. Auctioneer's fees of $2,180.97 and expenses of $800.00 will be paid from this amount upon entry of an Order approving its fees and expenses.

1

Respectfully submitted,

**NATHAN LAW, PLC**

/s/ Kenneth A. Nathan
Kenneth A. Nathan (P39142)
Attorneys for Trustee
32300 Northwestern Hwy
Suite 200
Farmington Hills, MI  48334
(248) 663-5133
ken@nathanlawplc.com

Dated:   January 10, 2020

| Item | Bidder | Description | Seller | High Bid | Comm. | Charge |
|---|---|---|---|---|---|---|
| 254 | 5299 | DESCRIPTION : "FATS WALLER" FRAMED ARTWORK SIZE : 16"X17" | 125 | $3.00 | 20% | $0.60 |
| 255 | 8364 | DESCRIPTION : DETROIT FREE PRESS SIPPIE WALLACE FRAMED ARTWORK SIZE : 18"X16" | 125 | $1.00 | 20% | $0.20 |
| 256 | 9704 | DESCRIPTION : LITTLE MILTON "WE'RE GONNA MAKE IT" FRAMED ALBUM SIZE : 19"X27" | 125 | $3.00 | 20% | $0.60 |
| 257 | 7211 | DESCRIPTION : ALBERTA HUNTER FRAMED ARTWORK SIZE : 18"X18" | 125 | $5.00 | 20% | $1.00 |
| 258 | 2945 | DESCRIPTION : RAY CHARLES FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $8.50 | 20% | $1.70 |
| 259 | 12496 | DESCRIPTION : ETTA JAMES AND JOHN LEE HOOKER FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $5.00 | 20% | $1.00 |
| 260 | 10981 | DESCRIPTION : SOUL BROTHERS AND YUSEF LATEEF'S DETROIT FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $1.00 | 20% | $0.20 |
| 261 | 10981 | DESCRIPTION : ELLA NELSON AND DEE DEE BRIDGEWATER FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $1.00 | 20% | $0.20 |
| 262 | 2945 | DESCRIPTION : EDDIE KENDRICKS AND EDWIN STARR FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $7.00 | 20% | $1.40 |
| 263 | 8840 | DESCRIPTION : THE FABULOUS MIRACLES AND SMOKEY ROBINSON FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $30.00 | 20% | $6.00 |
| 264 | 12779 | DESCRIPTION : MILES DAVIS AND JOHN COLTRANE FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $30.00 | 20% | $6.00 |
| 265 | 5299 | DESCRIPTION : KING PLEASURE AND DINAH WASHINGTON FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $2.00 | 20% | $0.40 |
| 266 | 2945 | DESCRIPTION : FRAMED ARTWORK SIZE : 13"X15" | 125 | $5.00 | 20% | $1.00 |
| 267 | 2945 | DESCRIPTION : FRAMED ARTWORK SIZE : 10"X17" | 125 | $7.00 | 20% | $1.40 |
| 268 | 12733 | DESCRIPTION : JET FRAMED ARTWORK SIZE : 10"X11" | 125 | $3.00 | 20% | $0.60 |
| 269 | 12779 | DESCRIPTION : DONNY HATHAWAY LIVE FRAMED ALBUM SIZE : 19"X27" | 125 | $5.00 | 20% | $1.00 |
| 270 | 12779 | DESCRIPTION : "THE RETURN OF THE LAST POETS" FRAMED ARTWORK SIZE : 16"X17" | 125 | $25.00 | 20% | $5.00 |
| 271 | 12779 | DESCRIPTION : LIFE MAGAZINE FRAMED COVER SIZE : 19"X16" | 125 | $5.00 | 20% | $1.00 |
| 272 | 2945 | DESCRIPTION : RAMSEY FRAMED ARTWORK SIZE : 18"X18" | 125 | $3.00 | 20% | $0.60 |
| 273 | 12773 | DESCRIPTION : HIGHLANDER REPORTS FRAMED ARTWORK SIZE : 21"X18" | 125 | $5.00 | 20% | $1.00 |
| 274 | 12496 | DESCRIPTION : SAM AND DAVE SOUL MEN AND OTIS REDDING FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $5.00 | 20% | $1.00 |
| 275 | 10981 | DESCRIPTION : JAMES EARL JONES AND JOHN F. KENNEDY FRAMED COVERS SIZE : 18"X32" | 125 | $1.00 | 20% | $0.20 |
| 276 | 5299 | DESCRIPTION : ISAAC HAYES AND THE DELLS FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $3.00 | 20% | $0.60 |
| 277 | 5299 | DESCRIPTION : THE SHIRELLES AND LITTLE ANTHONY FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $3.00 | 20% | $0.60 |
| 278 | 2945 | DESCRIPTION : ISSAC HAYES AND SOUL TRAIN FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $3.00 | 20% | $0.60 |

| Item | Bidder | Description | Seller | High Bid | Comm. | Charge |
|---|---|---|---|---|---|---|
| 279 | 9704 | DESCRIPTION : THE GREAT MARCH TO FREEDOM AND JESSE JACKSON FRAMED ARTWORK SIZE : 18"X32" | 125 | $12.00 | 20% | $2.40 |
| 280 | 9179 | DESCRIPTION : MOTOWN BLACK HEROES FRAMED POSTER SIZE : 23"X28" | 125 | $23.00 | 20% | $4.60 |
| 281 | 5299 | DESCRIPTION : FRAMED ARTWORK SIZE : 13"X15" | 125 | $2.00 | 20% | $0.40 |
| 282 | 11698 | DESCRIPTION : PARAMOUNT THEATRE FRAMED POSTER SIZE : 27"X19" | 125 | $17.00 | 20% | $3.40 |
| 283 | 9179 | DESCRIPTION : THE GOLDEN AGE OF JAZZ BLACK HEROES FRAMED POSTER SIZE : 27"X22" | 125 | $3.00 | 20% | $0.60 |
| 284 | 1080 | DESCRIPTION : LIFE FRAMED MAGAZINE COVERS SIZE : 19"X27" | 125 | $2.00 | 20% | $0.40 |
| 285 | 10618 | DESCRIPTION : BOOKER T AND THE MG'S FRAMED ALBUM SIZE : 19"X27" | 125 | $5.00 | 20% | $1.00 |
| 286 | 12773 | DESCRIPTION : FRAMED ARTWORK SIZE : 25"X21" | 125 | $5.00 | 20% | $1.00 |
| 287 | 11698 | DESCRIPTION : JIMI HENDRIX FRAMED CONCERT POSTER SIZE : 27"X19" | 125 | $56.00 | 20% | $11.20 |
| 288 | 9179 | DESCRIPTION : "DETROITS OWN" THOMAS HEARNS FRAMED ARTWORK SIZE : 30"X23" | 125 | $42.00 | 20% | $8.40 |
| 289 | 7211 | DESCRIPTION : ALABAMA JAZZ BAND FRAMED PICTURE SIZE : 22"X17" | 125 | $6.00 | 20% | $1.20 |
| 290 | 12126 | DESCRIPTION : THE NEW LIFE FELLOWSHIP FRAMED FAN SIZE : 19"X14" | 125 | $1.00 | 20% | $0.20 |
| 291 | 5299 | DESCRIPTION : "WE WANT MILES" AND RAMSEY AND NANCY FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $2.00 | 20% | $0.40 |
| 292 | 12496 | DESCRIPTION : WHITNEY HOUSTON AND FREDDIE JACKSON FRAMED ALBUM COVERS SIZE : 18"X24" | 125 | $3.00 | 20% | $0.60 |
| 293 | 2945 | DESCRIPTION : HERBIE HANCOCK AND GEORGE BENSON FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $6.00 | 20% | $1.20 |
| 294 | 3095 | DESCRIPTION : BACKSTREET BOYS FRAMED CONCERT POSTER SIZE : 19"X27" | 125 | $40.20 | 20% | $8.04 |
| 295 | 12126 | DESCRIPTION : MUSIQ FRAMED ARTWORK SIZE : 17"X20" | 125 | $5.00 | 20% | $1.00 |
| 296 | 12126 | DESCRIPTION : VANESSA BELL ARMSTRONG AND CECE WINANS FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $5.00 | 20% | $1.00 |
| 297 | 12126 | DESCRIPTION : JERRY BUTLER AND TERRY CALLIER FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $5.00 | 20% | $1.00 |
| 298 | 12779 | DESCRIPTION : METROPLEX AND DEEP ROOTED FRAMED RECORDS SIZE : 18"X32" | 125 | $22.00 | 20% | $4.40 |
| 299 | 12126 | DESCRIPTION : DESTINYS CHILD AND AALIYAH FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $7.00 | 20% | $1.40 |
| 300 | 12126 | DESCRIPTION : JERMAINE DUPRI AND GRANDMASTER FLASH FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $7.00 | 20% | $1.40 |
| 301 | 12680 | DESCRIPTION : MOTOWN DISCO AND EDWIN BIRDSONG FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $0.00 no show | 20% | $0.00 |
| 302 | 12779 | DESCRIPTION : EMINEM AND THE DAYTON FAMILY FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $12.00 | 20% | $2.40 |
| 303 | 2945 | DESCRIPTION : STEVIE WONDER AND JR WALKER FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $38.00 | 20% | $7.60 |

| Item | Bidder | Description | Seller | High Bid | Comm. | Charge |
|---|---|---|---|---|---|---|
| 304 | 12126 | DESCRIPTION : LES MCCANN AND LOU RAWLS FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $5.00 | 20% | $1.00 |
| 305 | 12779 | DESCRIPTION : "TECHNO DETROITS GIFT TO THE WORLD" FRAMED PICTURE SIZE : 17"X22" | 125 | $22.00 | 20% | $4.40 |
| 306 | 12126 | DESCRIPTION : FRAMED ARTWORK SIZE : 21"x16" | 125 | $5.00 | 20% | $1.00 |
| 307 | 8840 | DESCRIPTION : THE BEATLES '65 FRAMED ALBUM SIZE : 24"X27" | 125 | $205.81 | 20% | $41.16 |
| 308 | 12773 | DESCRIPTION : FRAMED PICTURE SIZE : 20"X14" | 125 | $11.00 | 20% | $2.20 |
| 310 | 12126 | DESCRIPTION : JACKIE WILSON EVERGREEN BALLROOM FRAMED POSTER SIZE : 27"X19" | 125 | $5.00 | 20% | $1.00 |
| 311 | 12126 | DESCRIPTION : REQUEST FRAMED MAGAZINE COVER SIZE : 16"X17" | 125 | $5.00 | 20% | $1.00 |
| 312 | 12126 | DESCRIPTION : FRAMED PICTURE SIZE : 15"X13" | 125 | $5.00 | 20% | $1.00 |
| 313 | 12126 | DESCRIPTION : KOKO TAYLOR FRAMED ALBUM SIZE : 19"X27" | 125 | $5.00 | 20% | $1.00 |
| 314 | 12126 | DESCRIPTION : JUKE BLUES LLOYD PRICE FRAMED MAGAZINE COVER SIZE : 17"X14" | 125 | $5.00 | 20% | $1.00 |
| 315 | 1080 | DESCRIPTION : PROPHET JONES AND REV. CHARLES A CRAIG FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $12.00 | 20% | $2.40 |
| 316 | 12773 | DESCRIPTION : ARETHA FRANKLIN YEAH AND QUEEN OF SOUL FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $30.00 | 20% | $6.00 |
| 317 | 12126 | DESCRIPTION : TAKE 6 AND THE WINANS FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $5.00 | 20% | $1.00 |
| 318 | 12126 | DESCRIPTION : REV. CL FRANKLIN AND ARETHA FRANKLIN FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $7.00 | 20% | $1.40 |
| 319 | 12126 | DESCRIPTION : LEE WILLIAMS AND COMMISIONED FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $5.00 | 20% | $1.00 |
| 320 | 12779 | DESCRIPTION : MALCOLM X AND BLACK FAMILY DAY MAY 27,1974 FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $12.00 | 20% | $2.40 |
| 321 | 12126 | DESCRIPTION : EDWIN HAWKINS AND LITTLE RICHARD FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $5.00 | 20% | $1.00 |
| 322 | 12773 | DESCRIPTION : FRAMED ARTWORK SIZE : 12"X28" | 125 | $11.00 | 20% | $2.20 |
| 323 | 12126 | DESCRIPTION : GENE AMMONS FRAMED ALBUM SIZE : 19"X27" | 125 | $5.00 | 20% | $1.00 |
| 324 | 12126 | DESCRIPTION : DETROIT FREE PRESS FRAMED NEWSPAPER MORE INFO : AUGUST 25,1968 SIZE : 18"X16" | 125 | $5.00 | 20% | $1.00 |
| 325 | 12779 | DESCRIPTION : "THE SOURCE" FRAMED MAGAZINES MORE INFO : MISSY ELLIOT AND ICE CUBE SIZE : 16"X23" | 125 | $12.00 | 20% | $2.40 |
| 326 | 12126 | DESCRIPTION : MICKEY LELAND FRAMED ALBUM COVER SIZE : 17"X14" | 125 | $5.00 | 20% | $1.00 |
| 327 | 12126 | DESCRIPTION : THANKFUL MARY MARY FRAMED PICTURE SIZE : 17"X17" | 125 | $5.00 | 20% | $1.00 |
| 328 | 12126 | DESCRIPTION : FRAMED PICTURE SIZE : 19"X16" | 125 | $7.00 | 20% | $1.40 |
| 329 | 12680 | DESCRIPTION : THE FOUR TOPS FRAMED ARTWORK SIZE : 16"X22" | 125 | $0.00 no show | 20% | $0.00 |
| 330 | 12779 | DESCRIPTION : VERITY HITSFACTORY USA FRAMED POSTER SIZE : 16"X14" | 125 | $20.00 | 20% | $4.00 |
| 331 | 12126 | DESCRIPTION : FORTUNE RECORDS FRAMED PICTURE SIZE : 16"X19" | 125 | $7.00 | 20% | $1.40 |

| Item | Bidder | Description | Seller | High Bid | Comm. | Charge |
|---|---|---|---|---|---|---|
| 332 | 12126 | DESCRIPTION : TOP AUTHORITY FRAMED POSTER SIZE : 20"X16" | 125 | $5.00 | 20% | $1.00 |
| 333 | 12126 | DESCRIPTION : USHER FRAMED ALBUM COVER SIZE : 18"X18" | 125 | $5.00 | 20% | $1.00 |
| 334 | 12126 | DESCRIPTION : DENIECE WILLIAMS AND TEDDY PENDERGRASS FRAMED ALBUM COVERS SIZE : 18"X32" | 125 | $5.00 | 20% | $1.00 |
| 335 | 12126 | DESCRIPTION : BRIMHALL PIANO SERIES FRAMED PICTURE SIZE : 16"X14" | 125 | $5.00 | 20% | $1.00 |
| 336 | 1080 | DESCRIPTION : DETROIT REMEMBERS FRAMED CD SIZE : 10"X20" | 125 | $12.00 | 20% | $2.40 |
| 337 | 12126 | DESCRIPTION : RAY CHARLES FRAMED ALBUM COVER SIZE : 18"X18" | 125 | $7.00 | 20% | $1.40 |
| 338 | 12126 | DESCRIPTION : "ANGLE" FRAMED PICTURE SIZE : 19"X26" | 125 | $5.00 | 20% | $1.00 |
| 339 | 12126 | DESCRIPTION : "IMPACT" FRAMED R&B TIPSHEET SIZE : 20"X14" | 125 | $5.00 | 20% | $1.00 |
| 340 | 11320 | DESCRIPTION : ROSA PARKS FRAMED AND MATTED PICTURE SIZE : 28"X23" | 125 | $12.00 | 20% | $2.40 |
| 341 | 12126 | DESCRIPTION : MARK MACON FRAMED POSTER SIZE : 25"X19" | 125 | $10.00 | 20% | $2.00 |
| 342 | 12126 | DESCRIPTION : UNIVERSITY OF MONTGOMERY FRAMED EVENT FLYER SIZE : 31"X16" | 125 | $7.00 | 20% | $1.40 |
| 343 | 12126 | DESCRIPTION : "A SOLDIERS PLAY" FRAMED POSTER SIZE : 26"X18" | 125 | $7.00 | 20% | $1.40 |
| 344 | 11320 | DESCRIPTION : FRAMED ARTWORK SIZE : 30"X16" | 125 | $12.00 | 20% | $2.40 |
| 345 | 11698 | DESCRIPTION : MOTORTOWN REVUE CONCERT POSTER SIZE : 38"X27" | 125 | $66.00 | 20% | $13.20 |
| 346 | 9704 | DESCRIPTION : FRAMED AND MATTED ARTWORK SIZE : 31"X24" | 125 | $3.00 | 20% | $0.60 |
| 347 | 11320 | DESCRIPTION : "THE BEGINNING" FRAMED AND MATTED ROSA PARKS PAINTING BY ARTIS LAME SIZE : 32"X34" | 125 | $37.00 | 20% | $7.40 |
| 348 | 9704 | DESCRIPTION : "GOING HOME" FRAMED ARTWORK SIZE : 28"X21" | 125 | $2.00 | 20% | $0.40 |
| 350 | 2945 | DESCRIPTION : MONTREU DETROIT INTERNATIONAL JAZZ FESTIVAL FRAMED POSTER SIZE : 32"X23" | 125 | $6.00 | 20% | $1.20 |
| 351 | 12126 | DESCRIPTION : SANDRA BERNHARD "IM STILL HERE DAMN IT" FRAMED WALL HANGING SIZE : 23"X32" | 125 | $5.00 | 20% | $1.00 |
| 352 | 0 | DESCRIPTION : "THIS BUSINESS OF BOXING & ITS SECRETS" FRAMED POSTER SIZE : 18"X26" | 125 | $0.00 | 20% | $0.00 |
| 353 | 11320 | DESCRIPTION : ROSA PARKS FRAMED PICTURES SIZE : 18"X26" | 125 | $6.00 | 20% | $1.20 |
| 354 | 8364 | DESCRIPTION : FRAMED ARTWORK SIZE : 30"X32" | 125 | $1.00 | 20% | $0.20 |
| 355 | 12154 | DESCRIPTION : FAITH RINGGOLD "MATISSE'S CHAPEL" FRAMED ARTWORK SIZE : 36"X31" | 125 | $111.00 | 20% | $22.20 |
| 356 | 12154 | DESCRIPTION : FAITH RINGGOLD "THE SUNFLOWERS QUILTING BEE AT ARLES" FRAMED ARTWORK MORE INFO : SIGNED TO ROSA PARKS SIZE : 37"X31" | 125 | $211.00 | 20% | $42.20 |
| 357 | 12154 | DESCRIPTION : FAITH RINGGOLD "DANCING AT THE LOUVRE" FRAMED ARTWORK SIZE : 36"X31" | 125 | $110.00 | 20% | $22.00 |
| 358 | 7868 | DESCRIPTION : FRAMED ASHANI T-SHIRT SIZE : 38"X32" | 125 | $12.00 | 20% | $2.40 |
| 359 | 12773 | DESCRIPTION : FRAMED MALCOM X PICTURES SIZE : 14"X17" | 125 | $11.00 | 20% | $2.20 |
| 360 | 12779 | DESCRIPTION : FRAMED MALCOM X PICTURES SIZE : 13"X20" | 125 | $55.00 | 20% | $11.00 |
| 361 | 12773 | DESCRIPTION : FRAMED MALCOM X PICTURES SIZE : 18"X13" | 125 | $70.00 | 20% | $14.00 |
| 362 | 12779 | DESCRIPTION : FRAMED MALCOM X PICTURES SIZE : 12"X19" | 125 | $30.00 | 20% | $6.00 |
| 364 | 12773 | DESCRIPTION : FRAMED PICTURE SIZE : 11"X9" | 125 | $16.00 | 20% | $3.20 |

| Item | Bidder | Description | Seller | High Bid | Comm. | Charge |
|---|---|---|---|---|---|---|
| 365 | 12779 | DESCRIPTION : FRAMED MALCOM X AND MARTING LUTHER KING PICTURE SIZE : 9"X12" | 125 | $16.00 | 20% | $3.20 |
| 366 | 12773 | DESCRIPTION : FRAMED MALCOM X PICTURE SIZE : 11"X14" | 125 | $65.00 | 20% | $13.00 |
| 367 | 12773 | DESCRIPTION : FRAMED PICTURE SIZE : 15"X13" | 125 | $7.00 | 20% | $1.40 |
| 368 | 12773 | DESCRIPTION : FRAMED PICTURE SIZE : 12"X12" | 125 | $7.00 | 20% | $1.40 |
| 369 | 12773 | DESCRIPTION : FRAMED PICTURE SIZE : 19"X16" | 125 | $5.00 | 20% | $1.00 |
| 370 | 9179 | DESCRIPTION : SAMMY DAVIS MAGAZINE WITH MISC | 125 | $1.00 | 20% | $0.20 |
| 371A | 1371 | DESCRIPTION : 4 DECORATIVE PILLOWS | 125 | $5.00 | 20% | $1.00 |
| 371B | 10106 | DESCRIPTION : 4 DECORATIVE STATUES | 125 | $5.00 | 20% | $1.00 |
| 403 | 8840 | DESCRIPTION : AREA RUG SIZE : APPROX, 6'X42' | 125 | $28.00 | 20% | $5.60 |
| 404 | 7211 | DESCRIPTION : RUG RUNNER SIZE : APPROX. 80"X34" | 125 | $25.00 | 20% | $5.00 |
| 408 | 8364 | DESCRIPTION : 2 OFFICE CHAIRS | 125 | $1.00 | 20% | $0.20 |
| 409 | 9704 | DESCRIPTION : 2 PIECE CURVED DESK SIZE : 8'X30" | 125 | $1.00 | 20% | $0.20 |
| 410 | 0 | DESCRIPTION : 2 PIECE 4 DRAWER DESK WITH GLASS TOP SIZE : 10'X54" | 125 | $0.00 | 20% | $0.00 |
| 413 | 11320 | DESCRIPTION : ASSORTED POSTERS IN 1 BOX | 125 | $22.00 | 20% | $4.40 |
| 414 | 11320 | DESCRIPTION : ASSORTED POSTERS | 125 | $30.00 | 20% | $6.00 |
| 415 | 11320 | DESCRIPTION : ASSORTED POSTERS | 125 | $30.00 | 20% | $6.00 |
| 416 | 10106 | DESCRIPTION : 8' WOOD TOP CONFERENCE TABLE | 125 | $12.75 | 20% | $2.55 |
| 417 | 5282 | DESCRIPTION : DAR/RAN 3 UNIT FLEX FILING SYSTEM MORE INFO : GLASS TOP BROKEN | 125 | $5.00 | 20% | $1.00 |
| 418 | 4370 | DESCRIPTION : 4'X32" COMPUTER DESK | 125 | $5.00 | 20% | $1.00 |
| 419 | 9704 | DESCRIPTION : DESK WITH CORNER UNIT | 125 | $1.00 | 20% | $0.20 |
| 425 | 11320 | DESCRIPTION : HISTORICAL MUSIC ARTIFACTS IN 3 TOTES (NO TOTES) | 125 | $310.01 | 20% | $62.00 |
| 433 | 12496 | DESCRIPTION : 27 CD'S | 125 | $0.00 no show | 20% | $0.00 |
| 434 | 7211 | DESCRIPTION : VINYL RECORDS, CD'S AND MISC | 125 | $5.00 | 20% | $1.00 |
| 435 | 10981 | DESCRIPTION : APPROX 40 VINYL 45 RECORDS | 125 | $5.00 | 20% | $1.00 |
| 436 | 10981 | DESCRIPTION : APPROX 50 VINYL 45 RECORDS | 125 | $5.00 | 20% | $1.00 |
| 437 | 10981 | DESCRIPTION : APPROX 40 VINYL 45 RECORDS | 125 | $5.00 | 20% | $1.00 |
| 438 | 1034 | DESCRIPTION : APPROX 20 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $6.00 | 20% | $1.20 |
| 439 | 1034 | DESCRIPTION : APPROX 40 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $8.00 | 20% | $1.60 |
| 440 | 1034 | DESCRIPTION : APPROX 25 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $5.00 | 20% | $1.00 |
| 441 | 1034 | DESCRIPTION : APPROX 20 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $7.00 | 20% | $1.40 |
| 442 | 1034 | DESCRIPTION : APPROX 20 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $9.00 | 20% | $1.80 |
| 443 | 1034 | DESCRIPTION : APPROX 20 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $5.00 | 20% | $1.00 |

| Item | Bidder | Description | Seller | High Bid | Comm. | Charge |
|---|---|---|---|---|---|---|
| 444 | 1034 | DESCRIPTION : RECORD ALBUM BOOK | 125 | $12.00 | 20% | $2.40 |
| 445 | 1034 | DESCRIPTION : RECORD ALBUM BOOK | 125 | $5.00 | 20% | $1.00 |
| 446 | 12496 | DESCRIPTION : 2 RECORD ALBUM BOOKS | 125 | $3.00 | 20% | $0.60 |
| 447 | 1034 | DESCRIPTION : RECORD ALBUM BOOK AND APPROX 20 VINYL 33 ALBUMS | 125 | $4.00 | 20% | $0.80 |
| 448 | 11320 | DESCRIPTION : 2) 16 TRACK AUDIO TAPES | 125 | $25.01 | 20% | $5.00 |
| 449 | 10981 | DESCRIPTION : 4 RECORD ALBUM BOOKS | 125 | $1.00 | 20% | $0.20 |
| 450 | 11320 | DESCRIPTION : 2 AUDIO TAPES | 125 | $17.03 | 20% | $3.41 |
| 451 | 1034 | DESCRIPTION : APPROX 35 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $6.00 | 20% | $1.20 |
| 452 | 12496 | DESCRIPTION : APPROX 10 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $3.00 | 20% | $0.60 |
| 453 | 1080 | DESCRIPTION : MUSIC MEMOROBILIA | 125 | $3.00 | 20% | $0.60 |
| 454 | 12779 | DESCRIPTION : JAMES BROWN SUIT COAT AND PANTS | 125 | $150.00 | 20% | $30.00 |
| 455 | 10981 | DESCRIPTION : APPROX 50 VINYL 45 RECORDS | 125 | $5.00 | 20% | $1.00 |
| 456 | 10981 | DESCRIPTION : APPROX 40 VINYL 45 RECORDS WITH 2 RB-5'S | 125 | $5.00 | 20% | $1.00 |
| 457 | 10981 | DESCRIPTION : APPROX 50 VINYL 45 RECORDS | 125 | $7.00 | 20% | $1.40 |
| 458 | 1034 | DESCRIPTION : APPROX 25 VINYL 33 RECORDS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $12.00 | 20% | $2.40 |
| 459 | 1034 | DESCRIPTION : APPROX 35 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $8.00 | 20% | $1.60 |
| 460 | 1034 | DESCRIPTION : APPROX 20 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $22.00 | 20% | $4.40 |
| 461 | 1034 | DESCRIPTION : APPROX 30 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $6.00 | 20% | $1.20 |
| 462 | 1034 | DESCRIPTION : APPROX 30 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $10.00 | 20% | $2.00 |
| 463 | 1034 | DESCRIPTION : APPROX 30 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $13.99 | 20% | $2.80 |
| 464 | 1034 | DESCRIPTION : APPROX 20 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $3.00 | 20% | $0.60 |
| 465 | 1034 | EMPTY | 125 | $6.00 | 20% | $1.20 |
| 466 | 3773 | DESCRIPTION : REYNOLDS MEDELIST BRASS TRUMPET WITH CASE | 125 | $72.00 | 20% | $14.40 |
| 467 | 2124 | DESCRIPTION : 2 RECORD ALBUM BOWLS | 125 | $10.00 | 20% | $2.00 |
| 468 | 8951 | DESCRIPTION : 2 BAGS OF SIGNED BASEBALLS | 125 | $27.00 | 20% | $5.40 |
| 469 | 1034 | DESCRIPTION : APPROX 40 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $9.00 | 20% | $1.80 |
| 470 | 1034 | DESCRIPTION : APPROX 40 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $4.00 | 20% | $0.80 |

| Item | Bidder | Description | Seller | High Bid | Comm. | Charge |
|---|---|---|---|---|---|---|
| 471 | 1034 | DESCRIPTION : APPROX 30 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $3.00 | 20% | $0.60 |
| 472 | 1034 | DESCRIPTION : APPROX 30 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $7.00 | 20% | $1.40 |
| 473 | 1034 | DESCRIPTION : APPROX 30 VINYL 33 ALBUMS MORE INFO : SOME ALBUM COVERS EMPTY | 125 | $7.00 | 20% | $1.40 |
| 474 | 1034 | EMPTY | 125 | $13.99 | 20% | $2.80 |
| 476 | 3841 | DESCRIPTION : STONE ALLIGATOR | 125 | $30.00 | 20% | $6.00 |
| 477 | 2079 | DESCRIPTION : 2 SPADE SHOVELS | 125 | $18.05 | 20% | $3.61 |
| 478 | 12773 | DESCRIPTION : 2 SHARP VCR MONITORS | 125 | $5.00 | 20% | $1.00 |
| 479 | 1217 | DESCRIPTION : DECORATIVE WOOD CARVING SIZE : 45" | 125 | $6.00 | 20% | $1.20 |
| 482 | 3372 | DESCRIPTION : SAMSUNG MICROWAVE | 125 | $6.00 | 20% | $1.20 |
| 483 | 4860 | DESCRIPTION : VERICHRON QUARTZ WALL CLOCK | 125 | $17.09 | 20% | $3.42 |
| 484 | 11413 | DESCRIPTION : VERICHRON QUARTZ WALL CLOCK | 125 | $12.00 | 20% | $2.40 |
| 485 | 9738 | DESCRIPTION : DECORATIVE FAUX CACTUS | 125 | $3.00 | 20% | $0.60 |
| 486 | 5966 | DESCRIPTION : CERAMIC FISH UMBRELLA HOLDER WITH FAUX FLOWERS | 125 | $16.00 | 20% | $3.20 |
| 487 | 2124 | DESCRIPTION : WOOD CALENDER/CHALKBOARD WITH FRAME KIT AND EASEL | 125 | $4.00 | 20% | $0.80 |
| 488 | 4411 | DESCRIPTION : VINTAGE WOOD PULLY | 125 | $9.00 | 20% | $1.80 |
| 489 | 0 | DESCRIPTION : PICTURE STANDS AND PUPPET | 125 | $0.00 | 20% | $0.00 |
| 490 | 7137 | DESCRIPTION : DECORATIVE STONE MASK | 125 | $5.00 | 20% | $1.00 |
| 491 | 3372 | DESCRIPTION : WICKER AND WOOD BASKET | 125 | $6.00 | 20% | $1.20 |
| 492 | 9893 | DESCRIPTION : BRASS BIRD CAGE | 125 | $12.00 | 20% | $2.40 |
| 493 | 9704 | DESCRIPTION : STONE STATUE | 125 | $22.00 | 20% | $4.40 |
| 494 | 3435 | DESCRIPTION : VINTAGE RCA MICROPHONE | 125 | $390.00 | 20% | $78.00 |
| 495 | 7137 | DESCRIPTION : STONE WATER FOUNTAIN | 125 | $13.00 | 20% | $2.60 |
| 496 | 2124 | DESCRIPTION : HOME DECOR | 125 | $6.00 | 20% | $1.20 |
| 497 | 1649 | DESCRIPTION : HOME DECOR | 125 | $5.00 | 20% | $1.00 |
| 498 | 7137 | DESCRIPTION : DECORATIVE STONE MASK | 125 | $5.00 | 20% | $1.00 |
| 499 | 11320 | DESCRIPTION : THEMIS GODDESS OF JUSTIC METAL STATUE SIZE : 2' | 125 | $210.00 | 20% | $42.00 |
| 500 | 12097 | DESCRIPTION : METAL FIGURINE | 125 | $0.00 | no show | $0.00 |
| 501 | 1034 | DESCRIPTION : 2 FIGURINES | 125 | $4.00 | 20% | $0.80 |
| 502 | 2282 | DESCRIPTION : DECORATIVE BRASS LION | 125 | $6.00 | 20% | $1.20 |
| 503 | 4411 | DESCRIPTION : VINTAGE TELETONE RADIO | 125 | $55.00 | 20% | $11.00 |
| 504 | 0 | DESCRIPTION : 2 AIWA SPEAKERS WITH ORGANIZER AND HP PRINTER | 125 | $0.00 | 20% | $0.00 |
| 506 | 12126 | DESCRIPTION : T-SHIRT WITH PICTURE AND POSTER | 125 | $5.00 | 20% | $1.00 |
| 508 | 1291 | DESCRIPTION : DESK ORGANIZER | 125 | $22.05 | 20% | $4.41 |
| 509 | 11320 | DESCRIPTION : 3 WALL HANGINGS | 125 | $5.00 | 20% | $1.00 |
| 510 | 9534 | DESCRIPTION : AMERICAN FLAG WITH 9/11 COMMEMORATIVE NOTE | 125 | $13.00 | 20% | $2.60 |
| 511 | 12779 | DESCRIPTION : ASSORTED CONCERT POSTERS | 125 | $100.00 | 20% | $20.00 |

| Item | Bidder | Description | Seller | High Bid | Comm. | Charge |
|---|---|---|---|---|---|---|
| 512 | 3372 | DESCRIPTION : NORMAN ROCKWELL FRAMED AND MATTED PICTURE SIZE : 16"X20" | 125 | $34.00 | 20% | $6.80 |
| 520 | 8840 | DESCRIPTION : 2 MOTOWN CALENDERS WITH TIN SIGN | 125 | $22.00 | 20% | $4.40 |
| 537 | 1066 | DESCRIPTION : WOOD PODIUM | 125 | $10.00 | 20% | $2.00 |
| 538 | 10106 | DESCRIPTION : FAUX PLANT DECOR | 125 | $8.00 | 20% | $1.60 |
| 539 | 1649 | DESCRIPTION : SMALL FAUX CHRISTMAS TREE | 125 | $6.00 | 20% | $1.20 |
| 540 | 10567 | DESCRIPTION : METAL TRASH CAN | 125 | $21.00 | 20% | $4.20 |
| 541 | 9704 | DESCRIPTION : HAT RACK | 125 | $1.00 | 20% | $0.20 |
| 542 | 1923 | DESCRIPTION : STEP STOOL | 125 | $9.00 | 20% | $1.80 |
| 543 | 10536 | DESCRIPTION : BLACK AND DECKER WORKMATE 200 | 125 | $12.00 | 20% | $2.40 |
| 544 | 11174 | DESCRIPTION : DECORATIVE FAUX CACTUS | 125 | $7.00 | 20% | $1.40 |
| 545 | 8444 | DESCRIPTION : WOOD CABINET WITH GLASS DOORS SIZE : 82"X62" | 125 | $47.00 | 20% | $9.40 |
| 546 | 12336 | DESCRIPTION : WOOD BENCH | 125 | $34.00 | 20% | $6.80 |
| 548 | 0 | DESCRIPTION : GLASS TOP DESK WITH METAL FRAME SIZE : 5'X30" | 125 | $0.00 | 20% | $0.00 |
| 549 | 1586 | DESCRIPTION : FOOT REST | 125 | $6.00 | 20% | $1.20 |
| 550 | 0 | DESCRIPTION : SIDE TABLE MORE INFO : MISSING GLASS | 125 | $0.00 | 20% | $0.00 |
| 551 | 0 | DESCRIPTION : 4 DRAWER COFFEE TABLE | 125 | $0.00 | 20% | $0.00 |
| 552 | 1649 | DESCRIPTION : STONE STATUE | 125 | $10.10 | 20% | $2.02 |
| 553 | 1586 | DESCRIPTION : HIGH TOP TABLE SIZE : 27" | 125 | $5.00 | 20% | $1.00 |
| 554 | 6614 | DESCRIPTION : MINI FRIDGE | 125 | $28.00 | 20% | $5.60 |
| 555 | 12773 | DESCRIPTION : TEAC VINTAGE STEREO | 125 | $36.00 | 20% | $7.20 |
| 556 | 9704 | DESCRIPTION : HENREDON CORNER CABINET/SHELF UNIT | 125 | $3.00 | 20% | $0.60 |
| 557 | 10106 | DESCRIPTION : PENGUIN JR MINI FRIDGE | 125 | $27.50 | 20% | $5.50 |
| 558 | 7211 | DESCRIPTION : 4 TIER GLASS DOOR CABINET SIZE : 69"X49" | 125 | $310.00 | 20% | $62.00 |
| 559 | 10106 | DESCRIPTION : FAUX PLANT | 125 | $9.00 | 20% | $1.80 |
| 560 | 9893 | DESCRIPTION : LIFE SIZE ELVIS CARDBOARD CUT OUT | 125 | $14.00 | 20% | $2.80 |
| 561 | 10106 | DESCRIPTION : RICOH AFICIO MP 4000 COPY MACHINE | 125 | $2.00 | 20% | $0.40 |
| 562 | 0 | DESCRIPTION : LOVE SEAT | 125 | $0.00 | 20% | $0.00 |
| 563 | 1586 | DESCRIPTION : LEATHER LOVE SEAT | 125 | $32.00 | 20% | $6.40 |
| 564 | 10981 | DESCRIPTION : THE INDIAN GRAMOPHONE CO RECORD PLAYER | 125 | $27.00 | 20% | $5.40 |
| 565 | 0 | DESCRIPTION : 2 DRAWER FILE CABINET | 125 | $0.00 | 20% | $0.00 |
| 566 | 0 | DESCRIPTION : 2 DRAWER DESK WITH GLASS TOP SIZE : 65"X30" | 125 | $0.00 | 20% | $0.00 |
| 567 | 1217 | DESCRIPTION : ANTIQUE HUTCH | 125 | $205.00 | 20% | $41.00 |
| 568 | 9704 | DESCRIPTION : PADDED BENCH | 125 | $17.00 | 20% | $3.40 |
| 569 | 1019 | DESCRIPTION : OFFICE CHAIR | 125 | $6.00 | 20% | $1.20 |
| 570 | 8364 | DESCRIPTION : OFFICE CHAIR | 125 | $1.00 | 20% | $0.20 |
| 571 | 3372 | DESCRIPTION : WOOD COFFEE TABLE | 125 | $14.00 | 20% | $2.80 |
| 572 | 0 | DESCRIPTION : BAR STOOL | 125 | $0.00 | 20% | $0.00 |
| 573 | 5391 | DESCRIPTION : DECORATIVE PADDED CORNER CHAIR | 125 | $22.00 | 20% | $4.40 |
| 574 | 10106 | DESCRIPTION : LEATHER PADDED CHAIR | 125 | $14.00 | 20% | $2.80 |

| Item | Bidder | Description | Seller | High Bid | Comm. | Charge |
|---|---|---|---|---|---|---|
| 575 | 1217 | DESCRIPTION : ARM CHAIR | 125 | $5.00 | 20% | $1.00 |
| 576 | 10106 | DESCRIPTION : 6 PADDED DINING ROOM CHAIRS | 125 | $1.00 | 20% | $0.20 |
| 577 | 0 | DESCRIPTION : THROW RUG | 125 | $0.00 | 20% | $0.00 |
| 578 | 11193 | DESCRIPTION : WOOD STOOL | 125 | $5.00 | 20% | $1.00 |
| 579 | 12336 | DESCRIPTION : WOOD CHEST | 125 | $20.00 | 20% | $4.00 |
| 580 | 7589 | DESCRIPTION : 2 BAR STOOLS "THIS LOT IS BEING SOLD PER PIECE, YOU ARE BIDDING ON THE FOLLOWING QUANTITY" : 2 | 125 | $15.00 | 20% | $3.00 |
| 581 | 12680 | DESCRIPTION : ASSORTED PLAYING CARDS | 125 | $0.00 no show | 20% | $0.00 |
| 582 | 9179 | DESCRIPTION : FRAMED MUHAMMAD ALI PICTURE SIZE : 14"X12" | 125 | $14.00 | 20% | $2.80 |
| 583 | 5391 | DESCRIPTION : 5 DRAWER DECORATIVE CABNIET SIZE : 21"X20" | 125 | $14.50 | 20% | $2.90 |
| 584 | 8951 | DESCRIPTION : DECORATIVE WOOD STAND | 125 | $6.00 | 20% | $1.20 |
| 585 | 5391 | DESCRIPTION : 2 DOOR DECORATIVE CABNET SIZE : 21"X19" | 125 | $14.50 | 20% | $2.90 |
| 586 | 12678 | DESCRIPTION : 2 WOOD ARM CHAIRS | 125 | $6.00 | 20% | $1.20 |
| 587 | 1743 | DESCRIPTION : 2 WOOD ARM CHAIRS | 125 | $8.00 | 20% | $1.60 |
| 588 | 9412 | DESCRIPTION : DECORATIVE 4 PANEL ROOM SEPERATOR | 125 | $10.01 | 20% | $2.00 |
| 591 | 2932 | DESCRIPTION : WOOD COAT HANGER | 125 | $27.05 | 20% | $5.41 |
| 592 | 7642 | DESCRIPTION : OFFICE CHAIR | 125 | $22.00 | 20% | $4.40 |
| 593 | 3435 | DESCRIPTION : OFFICE CHAIR | 125 | $16.00 | 20% | $3.20 |
| 677 | 8435 | DESCRIPTION : PORTABLE WOOD SHIPPING CRATE SIZE : 32"X47" | 125 | $30.20 | 20% | $6.04 |
| 678 | 8435 | DESCRIPTION : PORTABLE WOOD SHIPPING CRATE SIZE : 32"X47" | 125 | $30.20 | 20% | $6.04 |
| 682 | 8435 | DESCRIPTION : PORTABLE SHIPPING CRATE SIZE : 32"X47" | 125 | $24.00 | 20% | $4.80 |
| 684 | 8435 | DESCRIPTION : PORTABLE SHIPPING CRATE SIZE : 32"X47" | 125 | $28.20 | 20% | $5.64 |
| 685 | 8435 | DESCRIPTION : PORTABLE SHIPPING CRATE SIZE : 32"X47" | 125 | $28.40 | 20% | $5.68 |
| 686 | 8435 | DESCRIPTION : PORTABLE SHIPPING CRATE SIZE : 32"X47" | 125 | $28.20 | 20% | $5.64 |
| 1548 | 11594 | DESCRIPTION : KOHLER AND CAMPBELL BABY GRAND PIANO W/ CD PLAY FUNCTION | 125 | $975.00 | 20% | $195.00 |
| Totals | | 266 Lots | | $6,231.34 | | $1,246.27 |